UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.

                                                          Case No. 10-cv-200

KEVIN JACKSON, MICHAEL JACKSON,
NICK KALPEDIS, PAUL MUSZYNSKI
and THOMAS MUSZYNSKI,

    Defendants.

---

## DEFAULT JUDGMENT

---

The defendants Nick Kalpedis, Paul Muszynski and Thomas Muszynski having failed to appear, plead or otherwise defend in this action, and default having been entered on July 16, 2010, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff Wisconsin Mutual Insurance Company and against defendants Nick Kalpedis, Paul Muszynski and Thomas Muszynski as follows:

A declaration from the court that the plaintiff has no duty to defend, indemnify or make medical payments to or on behalf of any defaulting defendant for any claims they have or may assert against the plaintiff based on the April 5, 2009 all-terrain vehicle accident referenced in the plaintiff's complaint in this matter.

                                                    _Barbara B. Crabb_
                                                    Honorable Barbara Crabb
                                                    District Judge      August 11, 2010